# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

**JASON HARRIS,**  **PLAINTIFF**
**REG. #22499-076**

v.                    **CASE NO: 2:13CV00123 BSM**

**UNITED STATES OF AMERICA**    **DEFENDANT**

## ORDER

The proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney have been reviewed. There have been no objections. After careful consideration, it is concluded that the proposed findings and recommendations should be, an hereby are, approved and adopted in their entirety in all respect.

IT IS, THEREFORE, ORDERED that:

1. Defendant's motion for summary judgment [Doc. No. 18] is denied.

2. Plaintiff's motion to extend time [Doc. No. 34] is denied without prejudice.

3. An attorney shall be appointed to represent plaintiff in all further proceeding in this case.

IT IS SO ORDERED this 21th day of October 2014.

_____
UNITED STATES DISTRICT JUDGE