**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

JASON HARRIS,                                                                    PLAINTIFF
REG. #22499-076

v.                                    2:13CV00123-JTK

UNITED STATES OF AMERICA                                          DEFENDANT

<u>**JUDGMENT**</u>

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered,

Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice.  The relief

sought is denied.

IT IS SO ADJUDGED this 18th day of February, 2015.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

1